

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0386*
*Albany, New York 12207-2924*

June 12, 2026

Hon. Paul J. Evangelista
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

> RE:    *Underground Railroad History Project of the Capital Region v. National Endowment for the Humanities, et al.*   Civil Action. No. 1:26-cv-00447 (AMN/PJE)

Dear Judge Evangelista:

This office represents the Defendants in this action.  I write respectfully to request that the April 29, 2026 docket entry setting answer deadlines be stricken as erroneously calculated, and to request, with Plaintiff's consent, a 30-day extension—until July 22, 2026—of Defendants' time to respond to the complaint.

The defendants in this case are federal agencies and federal officials sued in their official capacity. *See* Dkt. #1.  Pursuant to Federal Rule of Civil Procedure 4(i)(2), service on defendants requires delivery of a summons and complaint by registered or certified mail to those respective agencies or officials **and** service on the United States—which in turn requires delivery by registered or certified mail to the United States Attorneys' Office and the United States Attorney General's office.  Rule 12(a)(2) requires that federal agencies and officials sued in their official capacity must answer the complaint "within 60 days after service on the United States Attorney."

Plaintiff filed certificates of service confirming service on the agency defendants, and on the United States via service on the United States Attorneys' Office and the U.S. Attorney General's office.  Dkt. Nos. 15, 16.  Because the United States Attorney's office was served on April 22, 2026, *see* Dkt. No. 16, all defendants' answers are due on June 22.  Fed. R. Civ. P. 12(a)(2).  However, a docket entry dated April 29, 2026, set separate answer deadlines for each defendant that appears to be 21 days following service on each separate agency or official, and also set answer deadlines for the U.S. Attorney's Office and the Attorney General's office even though those offices are not defendants.  Defendants respectfully request that those deadlines be stricken.

Separately, this office is still working to gather the relevant information from the defendant agencies and determine the appropriate response to the complaint.  Defendants respectfully request

Letter to Hon. Paul J. Evangelista
*Underground Railroad History Project of the Capital*
*Region v. National Endowment for the Humanities, et al.*
Civil Action. No. 1:26-cv-0047 (AMN/PJE)
June 12, 2026
Page 2


an additional thirty days beyond their answer deadline as calculated pursuant to Rule 12(a)(2) – i.e., until July 22, 2026 – to answer or otherwise respond to Plaintiff's complaint.  I have consulted with Nina Loewenstein, counsel for Plaintiff, who has consented to this request.

Accordingly, Defendants request that the answer deadlines contained in the April 29 text order be stricken, and Defendants' time to respond to the complaint be extended until July 22, 2026.

Thank you for your consideration of this request.

TODD BLANCHE
Acting Attorney General

JOHN A SARCONE III
First Assistant United States Attorney

By: _____

Karen Folster Lesperance
Assistant United States Attorney
Bar Roll No. 514108