

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0386*
*Albany, New York 12207-2924*

July 17, 2026

Hon. Paul J. Evangelista
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

      RE:    *Underground Railroad History Project of the Capital Region v. National Endowment for the Humanities, et al.*
              Civil Action. No. 1:26-cv-0047 (AMN/PJE)

Dear Judge Evangelista:

This office represents the Defendants in this action. I write to respectfully request an extension until August 7, 2026, of Defendant's time to answer or otherwise respond to Plaintiff's Complaint. The current deadline is July 22, 2026. This is Defendant's second request for an extension of this deadline.

Plaintiff Underground Railroad History project of the Capitol Region brings this action against the National Endowment for the Humanities (NEH), the Department of Government Efficiency (DOGE), and the Office of Management and Budget (OMB) challenging NEH's withdrawal of an offer for a challenge grant. The complaint alleges that in February 2024, NEH extended Plaintiff an offer of $250,000 in matching federal funds if Plaintiff raised three times that amount through its own fundraising and met numerous other conditions. ECF 1 at ¶¶ 60, 62. On May 14, 2025, NEH notified Plaintiff that the offer of federal matching funds was being administratively withdrawn. *Id.* ¶ 69.

The complaint makes reference to 1400 NEH grants that were terminated in April 2025. ECF 1 at ¶ 9. Plaintiff's challenge award offer is not one the terminated grants alluded to in the complaint. *Id.* ¶ 10. Those 1400 grants are the subject of a consolidated action and proposed class action lawsuit in the Southern District of New York, *American Council of Learned Societies, et al. v. McDonald*, 1:25-cv-3657 (S.D.N.Y.). On May 7, 2026, the Court in those cases granted the plaintiffs' motions for summary judgment and denied the government's cross-motion for summary judgment. *Id.,* Dkt. # 291. On July 7, 2026, the government appealed that decision to the Second Circuit. *Id.*, Dkt. #294; *American Council of Learned Societies v. McDonald*, 26-1829 (2d Cir.).

Letter to Hon. Paul J. Evangelista
*Underground Railroad History Project of the Capital*
*Region v. National Endowment for the Humanities, et al.*
Civil Action. No. 1:26-cv-0047 (AMN/PJE)
June 12, 2026
Page 2


Defendants believe that this case is readily distinguishable from the *American Council* cases given that NEH never awarded Plaintiff a grant but only made an offer of matching funds that was never awarded.  As such, Defendants are preparing to file a motion to dismiss Plaintiff's complaints. However, Defendants require additional time to weigh the impact on this case, if any, of the district court's decision the *American Council* cases and the government's recent filing of an appeal in that case.

Defendants respectfully request an additional three weeks beyond the current answer deadline, until August 12, 2026 – to answer or otherwise respond to Plaintiff's complaint.

I have consulted with Nina Loewenstein, counsel for Plaintiff,[1] who noted her objection as follows: "Because we have already agreed to a generous extension and there are ongoing harms to our client, we are not able to consent to a further extension."

Thank you for your consideration of this request.

> TODD BLANCHE
> Acting Attorney General
>
> JOHN A SARCONE III
> First Assistant United States Attorney
>
>
> By: _____
>
> Karen Folster Lesperance
> Assistant United States Attorney
> Bar Roll No. 514108

---

[1] My correspondence to plaintiff's counsel sought her consent to an extension until August 7, rather than until August 12 as I seek herein.  I adjusted my request by 5 days in light of a pre-planned vacation from July 25-August 1 that I had failed to take into account before reaching out to counsel. I did not make the renewed request to Plaintiff's counsel before requesting this adjournment from the court, as I deemed it futile in light of Plaintiff's objection to the earlier request.